Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ****6089/ Our File No. 09-08-20103

ECF FILED ON 9/3/2009

Attorney for Secured Creditor
U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2005-BC6 c/o Chase Home Finance, LLC as servicing agent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CONRADO MANUEL,<br>ROSARIA MANUEL<br><br>Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 09-24457-LBR |

<u>**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED
TO THE MASTER MAILING LIST**</u>

TO: **CONRADO MANUEL and**            **DEBTORS**
       **ROSARIA MANUEL**
TO: **Randolph Goldberg, Esq.**           **ATTORNEY FOR THE DEBTOR(S)**
TO: **Kathleen A. Leavitt**                   **CHAPTER 13 TRUSTEE**
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN** that **U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2005-BC6 c/o Chase Home Finance, LLC as servicing agent**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: September 3, 2009

                                                            _/s/ Michael W. Chen_____
                                                            Michael W. Chen, Esquire
                                                            Attorney for Secured Creditor

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on September 3, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
Randolph Goldberg, Esq.  
Randolphgoldberg@yahoo.com

TRUSTEE  
Kathleen A. Leavitt  
courtsecf@las13.com

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Yvette Deriada_  
An employee of THE COOPER CASTLE LAW FIRM